[No. 13810-7-II.   Division Two.   August 26, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. SCOTT LEROY
JOHNSON, *Appellant.*

Appeal from a judgment of the Superior Court for Clallam County, No. 89-1-00190-9, Gary W. Velie, J., entered

April 13, 1990. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Petrich, C.J., and Seinfeld, J.